1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  CARLOS ESPARZA PONCE,             No. 2:17-cv-0450-CMK-P

12           Petitioner,

13      vs.                    <u>ORDER</u>

14  D. BAUGHMAN,

15           Respondent.

16  _____/

17        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18  habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's petition for

19  a writ of habeas corpus (Doc. 1).

20        Petitioner seeks leave to proceed in forma pauperis.  Petitioner has submitted the

21  affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and

22  costs or give security therefor.  The request will be granted.

23        In addition, pursuant to Eastern District of California Local Rules, this case was

24  not assigned to a District Judge when the case was filed.  All parties have not consented to

25  Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is

26  necessary to properly address the case.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for leave to proceed in forma pauperis (Doc. 2) is granted; and

2. The Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.


DATED: May 24, 2018

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE