**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS ESPARZA PONCE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>D. BAUGHMAN,<br><br>　　　　Respondent. | No. 2:17-CV-0450-KJM-DMC-P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion (Doc. 14) for an extension of time to file an opposition to respondent's motion to dismiss. Good cause appearing therefor, the request is granted. Petitioner may file an opposition within 30 days of the date of this order.

　　　　IT IS SO ORDERED.

Dated: November 30, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE