# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ESPARZA PONCE, | No. 2:17-CV-0450-KJM-DMC-P |
| Petitioner, | |
| v. | ORDER |
| D. BAUGHMAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a notice of voluntary dismissal (ECF No. 20). Good cause appearing therefor, this action is dismissed. See Fed. R. Civ. P. 41(a)(2). The Clerk of the Court is directed to terminate all pending motions as moot and close this file.

IT IS SO ORDERED.

Dated: June 6, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1